FORM 8A. Entry of Appearance                                                                 Form 8A (p.1)
                                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1813

**Short Case Caption:** The State of Oregon v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

The State of Vermont

| | |
|---|---|
| **Principal Counsel:** Ryan P. Kane | Admission Date: N/A |
| Firm/Agency/Org.: Vermont Office of the Attorney General | |
| Address: 109 State Street Montpelier, VT 05609 | |
| Phone: 802-828-2153 | Email: ryan.kane@vermont.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/29/25                        Signature: /s/ Ryan P. Kane

                                     Name:      Ryan P. Kane