FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                           July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1813

**Short Case Caption:** The State of Oregon v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| State of Oregon | |
|---|---|
| **Principal Counsel:** Benjamin Gutman | Admission Date: N/A |
| Firm/Agency/Org.: Oregon Department of Justice | |
| Address: 1162 Court St NE, Salem, OR 97301 | |
| Phone: 503-378-4402 | Email: benjamin.gutman@doj.oregon.gov |
| **Other Counsel:** Chris Perdue | Admission Date: N/A |
| Firm/Agency/Org.: Oregon Department of Justice | |
| Address: 1162 Court St NE, Salem, OR 97301 | |
| Phone: 503-378-4402 | Email: chris.perdue@doj.oregon.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/29/25            Signature: /s/ Benjamin Gutman

                         Name:      Benjamin Gutman

FORM 8A. Entry of Appearance                                Form 8A (p.2)
                                                              July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Leigh Salmon | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: Oregon Department of Justice | |
| Address: 1162 Court St NE, Salem, OR 97301 | |
| Phone: 503-378-4402 | Email: leigh.a.salmon@doj.oregon.gov |
| **Other Counsel:** Dustin Buehler | Admission Date: N/A |
| Firm/Agency/Org.: Oregon Department of Justice | |
| Address: 100 SW Market St, Portland, OR 97201 | |
| Phone: 530-510-6595 | Email: dustin.buehler@doj.oregon.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |