

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOWCLERK'S OFFICE
CLERK OF COURT202-275-8000

September 10, 2025

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

RE:United States Supreme Court Records Request in No. 25-250
Donald J. Trump, President of the United States, et al v.
V.O.S. Selections, Inc., et al
CAFC Appeal Nos. 25-1812, 25-1813

Dear Clerk,

I am responding to your letter of September 10, 2025, requesting the record in the matters identified above. Please find the restricted document: motion for leave to file an amicus curiae brief [ECF No. 50].

Please let us know if we can be of further assistance.

Respectfully,

M. Hull
Deputy Clerk